# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Odebrecht Construction, Inc. | ) | ASBCA Nos. 61939, 61940 |
| | ) | |
| Under Contract No. W912EP-11-C-0040 | ) | |

APPEARANCES FOR THE APPELLANT:    Julia M. I. Holden-Davis, Esq.
Nicholas J. Elder, Esq.
  Gunster, Yoakley & Stewart, P.A.
  Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Susan E. Symanski, Esq.
Reba Abraham Pearce, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: July 8, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61939, 61940, Appeals of Odebrecht Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals